[No. 24762-3-II. Division Two. June 9, 2000.]

NATIONAL MERIT INSURANCE COMPANY, *Respondent*, v. ESTHER E. YOST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-11160-2, D. Gary Steiner, J., entered June 3, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ. Now published at 101 Wn. App. 236.

[No. 24201-0-II. Division Two. June 9, 2000.]

*In the Matter of the Guardianship of* LARRY K. COSBY.
LINDA J. DEVORE, *Appellant*, v. JENNIE MORRIS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-4-01034-0, Donald N. Powell, J. Pro Tem., entered October 26, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 24144-7-II. Division Two. June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTINO FREITAS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00770-0, Stephen M. Warning, J., entered December 23, 1998. *Affirmed* and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.